

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2023

**Application GRANTED. The conditions of Defendant Wong's pretrial release shall be amended to include the following condition: "The defendant is not to communicate with co-defendants outside the presence of counsel."**

**The Clerk of Court is directed to terminate ECF No. 177.**

**SO ORDERED.**

*Jennifer H. Rearden*

**Jennifer H. Rearden, U.S.D.J.**
**Date: November 30, 2023**

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Charmane Wong*, S3 23 Cr. 004 (JHR)

Dear Judge Rearden:

The Government respectfully requests, with the consent of defense counsel and consistent with the Court's oral ruling of earlier today, November 29, 2023, that the Court order that the clerk's office amend the written conditions of defendant Charmane Wong's pretrial release to include the following condition: "The defendant is not to communicate with co-defendants outside the presence of counsel."

The Government apologizes for not identifying during today's proceeding that the written conditions of pretrial release omitted the above-referenced condition concerning communication with co-defendants.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Catherine Ghosh
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1024 / 1114 / 2337

cc:  All Counsel of Record