UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHARMANE WONG,

Defendant.

**Consent Order of Restitution**

S3 23 Cr. 004 (JHR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Daniel H. Wolf, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of Superseding Information S3 23 Cr. 004 (JHR); and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Charmane Wong, the defendant, shall pay restitution in the total amount of $48,218.40, pursuant to 18 U.S.C. § 3663, to the U.S. Department of Health and Human Services, Administration for Children and Families ("HHS"), to be provided by the Clerk of Court to HHS at the following address:

> Program Support Center, Financial Management Portfolio
> U.S. Department of Health and Human Services
> 5600 Fishers Lane
> Mailstop 08N108A
> Rockville, MD 20857

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability**

The defendant's restitution obligation of $48,218.40 is joint and several with the following defendant in the following case: Martin Handler, 23 Cr. 004 (JHR). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or HHS has recovered the total amount of each loss from the restitution paid by the defendant and any co-defendants ordered to pay the same victims.

3. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: the total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

4. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

## 5. Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

## 6. Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____  April 17, 2024
Daniel H. Wolf                  Date
Assistant United States Attorney
Tel.: (212) 637-2337


CHARMANE WONG

By: _____  April 18, 2024
Charmane Wong                   DATE

By: _____  4/18/24
Kate Cassidy, Esq.              DATE
Morvillo Abramowitz Grand
Iason & Anello PC
Tel: 212-856-9600


SO ORDERED:

_____  4/18/2024
HONORABLE JENNIFER H. REARDEN   DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK